WILLIAM J. OBERLE, INC. (INTERNATIONAL PRODUCTS CORP.) *v.* UNITED STATES

No. 4551.—Invoices dated Buenos Aires, Argentine, February 23, Asuncion, Paraguay, May 10, 1938.
Entered at New Orleans, La., March 24, June 1, 1938.
Entry Nos. 3163, 3900.

(Decided March 29, 1939)

*Brooks & Brooks* for the plaintiffs.
*Webster J. Oliver*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the defendant.

BROWN, Judge: These appeals to reappraisement have been submitted for decision upon the following stipulation of counsel for the parties hereto.

It is stipulated by and between Brooks & Brooks, Attorneys for the Plaintiff, and the Assistant Attorney General, Attorney for the Defendant, that the entered value in the above entitled reappraisements is the price at which such or similar imported merchandise is freely offered for sale, packed ready for delivery, in the principal market of the United States to all purchasers, at the time of exportation of the imported merchandise, in the usual wholesale quantities and in the ordinary course of trade, with allowance made for duty, cost of transportation and insurance, and other necessary expenses from the place of shipment to the place of delivery.

It is further stipulated and agreed that there is no foreign value of export value of the involved merchandise.

The said reappraisements are submitted upon this stipulation.

Judgment will be rendered accordingly.